DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MALVOISIN, YVELYNE ELISEE,**
and **DORIS MALVOISIN,**
Appellants,

v.

**NAUTICA ISLES HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D2024-2002

[October 1, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 50-2022-CA-002080-XXXX-MB

Robert Wellington Guerrier of Law Offices of Robert Guerrier, P.A., West Palm Beach, for appellants.

Jonathan A. Yellin and David W. Krempa of Poliakoff Backer, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***